**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6551**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

KASHAWN DARNELL MARROW,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Jerome B. Friedman, District Judge.  (4:07-cr-00008-JBF-TEM-1)

Submitted:  November 13, 2008      Decided:  November 19, 2008

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kashawn Darnell Marrow, Appellant Pro Se. Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kashawn Darnell Marrow appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Marrow, No. 4:07-cr-00008-JBF-TEM-1 (E.D. Va. filed Mar. 27, 2008 & entered Mar. 28, 2008). In his informal brief, Marrow seeks to raise new Guidelines amendments, effective after the date of the district court's order. While we express no opinion on the applicability of the amendments to Marrow's sentence, our decision is without prejudice to Marrow filing another motion regarding the new amendments. We deny Marrow's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2